**MEMO ENDORSED**

**SANDERS LAW GROUP**

333 Earle Ovington Boulevard, Suite 402
Uniondale, New York 11553
T: 516-203-7600
F: 516-282-7878

**Application GRANTED.**

The initial pretrial conference set for June 11, 2024 (ECF No. 8) is **RESCHEDULED** to **August 20, 2024 at 10:30 a.m. EST**. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 339 930 220, followed by the pound (#) sign.  Parties are ORDERED to file on ECF a joint letter, described at ECF No. 8, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **August 13, 2024.**

The Clerk of Court is respectfully directed to close ECF No. 11.

SO ORDERED.

/s/ Dale E. Ho
Dale E. Ho
United States District Judge
Dated: June 3, 2024
New York, New York

May 31, 2024

<u>*Via ECF*</u>
Hon. Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Stefan Jeremiah v. Source Digital, Inc.*
      Case No: 1:24-cv-02863-DEH

Dear Judge Ho:

    We are the attorneys for Plaintiff Stefan Jeremiah ("Plaintiff") in this matter. Pursuant to Section 2(e) of Your Honor's Individual Rules and Practices, we write to respectfully request an adjournment of the initial conference date until at least 14 days after Defendant Source Digital, Inc. ("Defendant")'s deadline for responding to the Complaint. The adjournment would permit the parties to competently discuss the required topics under Rule 26(f) and the most appropriate case management plan based on Defendant's response to the Complaint. Further, the additional time would enable the parties to discuss the possibility of early resolution.

    Defendant executed a waiver of service on May 31, 2024, setting July 29, 2024 as Defendant's deadline to answer the Complaint (ECF No. 10). The initial conference is currently set for June 11, 2024 (ECF No. 8). Defendant consents to this request and no adjournments or extensions were previously sought.

    Pursuant to Section 2(e)(v) of Your Honor's Rules, three alternative conference dates that are mutually agreeable to the parties are August 19, 20, or 21, 2024.

    We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s *Renee J. Aragona*
Renee J. Aragona

cc:   Matthew F. Abbott
      The McMillan Firm
      240 W. 35th Street, Suite 405
      New York, NY 10001
      *Via email to matthew@thenorthstargroup.biz*
      *Counsel for Defendant*