UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEFAN JEREMIAH,<br><br>                              Plaintiff,<br><br>v.<br><br>SOURCE DIGITAL, INC.,<br><br>                              Defendant. | 24 Civ. 2863 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On August 13, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **August 20, 2024,** at **10:30 a.m. EST**.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: August 14, 2024
       New York, New York

_____
DALE E. HO
United States District Judge